IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL SHANE PEARCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-619-D |
| | ) |
| MARTIN O'MALLEY[1], Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is Plaintiff's Application for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412 [Doc. No. 16]. Plaintiff seeks an award of fees in the amount of $6,779.70 to compensate his attorney for legal services provided in the case (27.9 hours of attorney time at $243.00 per hour). Plaintiff is the prevailing party in this action under 42 U.S.C. § 405(g) by virtue of the Judgment and Order entered November 20, 2023 [Doc. Nos. 14, 15]. Defendant has responded by stating that he does not oppose the $6,779.70 requested, consistent with *Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010), *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007), and *Brown v. Astrue*, 271 Fed. App'x 741, 743-44 (10th Cir. 2008). *See* Def.'s Resp. at 1-2.

After consideration of the law and the case record, and accepting the representations in Defendant's Response, the Court finds: (1) the Commissioner's position in the case was

---

[1] Mr. O'Malley became the Commissioner of Social Security on December 20, 2023. *See* Def.'s Resp. [Doc. No. 17] at 1 n.1. Under FED. R. CIV. P. 25(d), he is "automatically substituted as a party."

not substantially justified; (2) Plaintiff is entitled to an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d); and (3) the amount of fees requested is reasonable.

**IT IS THEREFORE ORDERED** that Plaintiff's Application for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412 [Doc. No. 16] is **GRANTED**. The Court orders an award of attorney fees to Plaintiff pursuant to the Equal Access to Justice Act in the amount of $6,779.70. Should an additional fee award under 42 U.S.C. § 406(b) subsequently be authorized, Plaintiff's attorney shall refund the smaller amount to Plaintiff as required by *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED** this 4th day of January, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge